COHEN, J.
 

 Stephen Lanier was arrested and charged with possession of a controlled substance pursuant to section 893.13(6)(a), Florida Statutes (2009), as well as resisting an officer without violence. Lanier filed a motion to suppress, alleging that he was seized without a warrant or probable cause, and therefore the subsequent search of his person was unauthorized under the Fourth Amendment to the United States Constitution. Following the denial
 
 *1131
 
 of his motion to suppress, Lanier entered into a negotiated plea, specifically reserving the right to appeal the trial court’s ruling.
 

 Although not raised below, in addition to challenging the denial of his motion to suppress, on appeal Lanier also challenges the constitutionality of Chapter 893, citing
 
 Shelton v. Secretary, Department of Corrections,
 
 23 Fla. L. Weekly Fed. D11, 802 F.Supp.2d 1289, 2011 WL 3236040 (M.D.Fla.2011).
 

 Finding no error, we affirm.
 
 See Flagg v. State,
 
 74 So.3d 138 (Fla. 1st DCA 2011).
 

 AFFIRMED.
 

 SAWAYA and LAWSON, JJ., concur.